Full opinion will be published later. Watch **Omnibus Index.**

## STATE ex BETTMAN v MIAMI CONSERVANCY DISTRICT

Ohio Supreme Court

No 23326. Decided April 20, 1932

Matthias, Day, Allen, Kinkade and Stephenson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

Marshall, CJ, Matthias, Day, Allen and Stephenson, JJ, concur. Jones J, not participating.